Revised 02/04

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
    Maurice C. McNeal

Case No. 19-49884-PJS
Chapter 13
Hon. Phillip J. Shefferly

    Debtor.
_____/

## STATEMENT OF CREDITOR SANTANDER CONSUMER USA, INC. REGARDING CORPORATE OWNERSHIP

[x]     The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Santander Holdings USA, Inc
Address: 75 State Street, Boston, MA 02109

Name: Sponsor Auto Finance Holdings Series LP
Addresses: c/o Warburg Pincus LLC, 450 Lexington Ave, New York, NY 10017

        c/o Kohlberg Kravis Roberts & Co. L.P., 9 West 57th St., Suite 4200, New York, NY 10019

        c/o Centerbridge Partners L.P., 375 Park Avenue, 12th Floor, New York, NY 10152-0002

Name: DDFS LLC
Address: 8585 North Stemmons Freeway, Suite 1100-North, Dallas, TX 75247

(For additional names, attache an addendum to this form)

[ ]     There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: July 1, 2020

Signature of Authorized Individual
For Santander Consumer USA, Inc.

PAUL F JONES
Print Name

VP-ALC
Title